1  SEAN P. NALTY (SBN 121253)
   JOHN C. FERRY (104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH
6  AMERICAN, BEAR CREEK CORP. and BEAR
   CREEK CORP. LONG-TERM DISABILITY PLAN
7

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11                                              C06-2822 EMC
   SHARON GARDNER,                  )   CASE NO.  C 06-28221 EMC
12                                   )
                  Plaintiff,         )   STIPULATION EXTENDING
13                                   )   DEFENDANTS' TIME TO RESPOND
        v.                           )   TO PLAINTIFF'S COMPLAINT
14                                   )   ORDER
   BEAR CREEK CORP., a Delaware      )
15 corporation; BEAR CREEK CORP LONG-)
   TERM DISABILITY PLAN; and LIFE    )
16 INSURANCE COMPANY OF NORTH        )
   AMERICAN, a Pennsylvania corporation, )
17                                   )
                  Defendants.        )
18                                   )

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
                                        CASE NO. C 06-28221 EMC

1       Plaintiff Sharon Gardner ("plaintiff"), and defendants Bear Creek Corp., Bear Creek Long

2 Term Disability Plan, and Life Insurance Company of North America ("defendants"), through their

3 counsel Sean P. Nalty, hereby stipulate to the following:

4       Because of counsel for defendants travel schedule over the next two weeks, plaintiff has

5 graciously granted defendants until June 23, 2006 to respond to the complaint in this matter.

6       Accordingly, the parties, through their counsel, hereby stipulate that defendants have until

7 June 23, 2006 to respond to plaintiff's complaint in this matter.

8                               LAW OFFICE OF GEOFFREY V. WHITE

9

10 Date: ~~May~~ June 1, 2006             By _____

11                                   Geoffrey V. White
                                  Attorneys for Plaintiff

12                                   SHARON GARDNER

13                         KELLY, HERLIHY & KLEIN LLP

14

15 Dated: May 31, 2006             By _____

16                                   Sean P. Nalty
                                  Attorneys for Defendants

17                  LIFE INSURANCE COMPANY OF
            NORTH AMERICAN, BEAR CREEK CORP.

18             and BEAR CREEK CORP. LONG-TERM
                                DISABILITY PLAN

19

20

21 E:\26179\P01

22

23 IT IS SO ORDERED:

24

25

26 _____
Edward M. Chen

27 U.S. Magistrate

28

                                           -1-
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
                                             CASE NO. C 06-28221 EMC

*(Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen)*